# Order

Michigan Supreme Court
Lansing, Michigan

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

145325

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SUSAN COX, Personal Representative of
the Estate of Lisa Cox, deceased,
          Plaintiff-Appellant,

v

SC: 145325
COA: 303158
Wayne CC: 10-000095-NO

HURON-CLINTON METROPOLITAN
AUTHORITY,
          Defendant,
and

TARA McMAHON, MIKE BARTUS,
SARAH CZARNECKI, ZACHARY
HOLLIS, JOSHUA GRAY, SAMANTHA
PALAMARA, CANDICE MINK, NICOLE
GAYNIER, JOSHUA FRANKLIN, and
JOHN MAIER,
          Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the May 10, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

t0827